# Court of Appeals
# of the State of Georgia

ATLANTA, March 07, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1302.  GARTH COOPER v. CACH, LLC N.A.

Cach, LLC N.A. filed a debt collection action against Garth Cooper.  Cooper filed an answer and counterclaim, asserting claims against Cach, LLC as well as Cach, LLC's counsel, Federated Law Group, PLLC and Richard A. Russell.  Cooper also filed a motion for summary judgment and a motion to recuse the trial court judge.  On December 18, 2018, the trial court denied the motion to recuse, denied Cooper's motion for summary judgment, and dismissed the counterclaims against Federated Law Group, PLLC and Richard A. Russell.  Cooper filed a direct appeal from that order.  We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Johnson v. Hosp. Corp. of Am.*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (punctuation omitted). Under such circumstances, there must be either an express determination that there is no just reason for delay under OCGA § 9-11-54 (b) or compliance with the interlocutory appeal procedures of OCGA § 5-6-34 (b). See id. "Where neither of these code sections [is] followed, the appeal is premature and must be dismissed." Id. (punctuation omitted).  Additionally, denials of motions to recuse are interlocutory in nature and also require compliance with the interlocutory appeal procedure.  See *Ellis v. Stanford*, 256 Ga. App. 294, 295 (568 SE2d 157) (2002).

The record does not show that the trial court resolved the underlying debt collection action against Cooper or that the court directed entry of judgment under

OCGA § 9-11-54 (b). Accordingly, Cooper was required to use the interlocutory appeal procedure – including obtaining a certificate of immediate review from the trial court – to appeal the trial court's dismissal order. See OCGA § 5-6-34 (b); *Shoenthal v. Shoenthal*, 333 Ga. App. 729, 730 (776 SE2d 663) (2015). Cooper's failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Shoenthal*, 333 Ga. App. at 730.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   03/07/2019*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*